USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
TRUSTEES FOR THE MASON TENDERS :
DISTRICT COUNCIL WELFARE FUND, :
PENSION FUND, ANNUITY FUND, AND :
TRAINING PROGRAM FUND, and JOHN J :
VIRGA, *in his fiduciary capacity as Director*, ROBERT :
BONANZA, *as Business Manager of the* MASON :
TENDERS DISTRICT COUNCIL OF GREATER :
NEW YORK, :
                          Petitioners, :
:
              -against- :
:
ALL CLEAN ENVIRONMENTAL, LLC, :
:
                          Respondent. :
:
-----------------------------------------------------------------X

1:20-cv-624-GHW

ORDER

GREGORY H. WOODS, District Judge:

       On January 23, 2020, Petitioners, the Trustees of the Mason Tenders District Counsel Welfare Funds, Pension Fund, Annuity Fund and Training Program Fund, and the Mason Tenders District Council of Greater New York filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than February 10, 2020. Respondent's opposition is due by March 2, 2020. Petitioners' reply, if any, is due by March 16, 2020.

Petitioners are directed to serve the petition and supporting materials upon respondent by February 3, 2020 and to file an affidavit of such service with the Court by February 5, 2020.

SO ORDERED.

Dated: January 27, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge