UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/27/2020

-------------------------------------------------------------------X
                                                                  :
TRUSTEES FOR THE MASON TENDERS                   :
DISTRICT COUNCIL WELFARE FUND,                   :
PENSION FUND, ANNUITY FUND, AND                  :          1:20-cv-624-GHW
TRAINING PROGRAM FUND, and JOHN J                :
VIRGA, *in his fiduciary capacity as Director*, ROBERT    :          ORDER
BONANZA, *as Business Manager of the* MASON      :
TENDERS DISTRICT COUNCIL OF GREATER :
NEW YORK,                                                         :
                                      Petitioners,            :
                                                                  :
                       -against-                                  :
                                                                  :
ALL CLEAN ENVIRONMENTAL, LLC,                    :
                                                                  :
                                      Respondent.             :
                                                                  :
-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

   Paragraph 5 of Petitioners' Rule 56.1 Statement in support of their petition to confirm an

arbitration award, and Paragraph 7 of the Savci Declaration both refer to a 2013-2017 MTDC

Independent Asbestos Agreement that is attached to the Savci Declaration as Exhibit 2.  But the

document attached at Exhibit 2 is a 2007-2012 agreement.  Petitioners are directed to file the 2013-

2017 agreement on ECF no later than April 29, 2020.

   By the same date, Petitioners are also directed to clearly explicate, by letter filed on ECF,

the rate of prejudgment interest requested in their Petition and the legal support for any such rate.

   Petitioners are directed to serve a copy of this order on respondent and to retain proof of

service.

   SO ORDERED.

Dated:  April 27, 2020                                    _____
                                                               GREGORY H. WOODS
                                                              United States District Judge