**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND,
TRAINING PROGRAM FUND, JOHN J.
VIRGA, in his fiduciary capacity as Director, and
ROBERT BONANZA, as Business Manager of
the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,

                      Petitioners,                    20 **CIVIL** 624 (GHW)

                                                                           **JUDGMENT**

       -against-

ALL CLEAN ENVIRONMENTAL, LLC,
                      Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 30, 2020, the Court confirms the award; judgment is entered in favor of Petitioner and against Respondents in the amount of $67,019.40—which consists of the arbitration award of $97,877.29 minus $30,857.89 which the Funds have since received from Ace; accordingly, this case is closed.

Dated:    New York, New York
             April 30, 2020

                                                    RUBY J. KRAJICK
                                                   _____
                                                        **Clerk of Court**
                         **BY:**
                                                    _____
                                                       **Deputy Clerk**